# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 9, 2026

| | |
|---|---|
| No. 26-2446 | SAJJAD NASIR, I,<br>　　　　　　Plaintiff - Appellant<br><br>v.<br><br>CHINA UNICOM, et al.,<br>　　　　　　Defendants - Appellees |

**Originating Case Information:**

District Court No: 3:26-cv-00606-wmc
Western District of Wisconsin
District Judge William M. Conley

## NOTIFICATION: NO APPELLEE(S) SERVED

The above captioned appeal was filed in this court this date. This is notification that no appellee(s) or counsel for the appellee(s) were served in the District Court.

form name: **c7_NoAppelleeNote**　　(form ID: **119**)